UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-P685-H

SHAWN F. RUSHIN                                                                                    PLAINTIFF

V.

JAMES L. MORGAN, WARDEN                                                              DEFENDANT

**MEMORANDUM AND ORDER**

The Court referred this matter to the Magistrate Judge who has issued Findings of Fact, Conclusions of Law and Recommendation.  Plaintiff has filed no objections to the Magistrate's recommendations.  The Court has reviewed the opinion of the Magistrate Judge.  The Court concludes to adopt the Magistrate Judge's recommendations in all respects.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge are ADOPTED and Plaintiff's petition is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc:     Shawn F. Rushin, *Pro Se*
        Counsel of Record